COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-143-CV

 

PRESBYTERIAN
COMMUNITY HOSPITAL                               APPELLANTS

OF DENTON D/B/A
PRESBYTERIAN HOSPITAL

OF DENTON AND CHAD
HAMMONDS, R.N.

 

                                                   V.

 

CONNIE
SMITH, INDIVIDUALLY, AND AS                                 APPELLEES

PERSONAL REPRESENTATIVE
OF THE ESTATE 

OF THOMAS EDWARD SMITH,
DECEASED, 

AND AS NEXT FRIEND FOR
THOMAS ANTHONY 

SMITH, A MINOR, AND
DOUGLAS SMITH AND 

STEPHANIE SMITH

 

                                               ----------

            FROM
THE 393RD DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants
Presbyterian Hospital Of Denton And Chad Hammonds, R.N.=s Motion
to Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by appellants,
for which let execution issue.  See
Tex. R. App. P. 43.4.

 

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DELIVERED:  June 11, 2009











[1]See Tex. R. App. P. 47.4.